UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SPENCER | : | |
| Petitioner, | : | CIVIL ACTION NO. 3:13-1120 |
| v. | : | |
| | | (MANNION, D.J.) |
| DONNA ZICKEFOOSE, et al. | : | (SCHWAB, M.J.) |
| Respondents. | : | |

# O R D E R

In accord with the memorandum of law issued on this same date, **IT IS HEREBY ORDERED THAT**:

**(1)** The report and recommendation of Judge Schwab, dated June 7, 2013, (Doc. No. 7), is **ADOPTED IN FULL**;

**(2)** The petition for writ of habeas corpus, (Doc. No. 1), is **DENIED**;

**(3)** Petitioner's motion to transfer the case to the Eastern District of Pennsylvania, (Doc. No. 2), is **DENIED;** and

**(4)** the clerk is directed to close the case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 23, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-1120-01-order.wpd